**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6187**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WARDELL JERMAINE MCCLAM, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, District Judge.  (1:08-cr-00230-TDS-1)

_____

Submitted:  November 21, 2023                    Decided:  November 28, 2023

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Wardell Jermaine McClam, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wardell Jermaine McClam, Jr., appeals the district court's order denying his motion for a sentence reduction under § 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no abuse of discretion. *See United States v. Reed*, 58 F.4th 816, 819 (4th Cir. 2023) (providing standard). Accordingly, we affirm the district court's order. *United States v. McClam*, No. 1:08-cr-00230-TDS-1 (M.D.N.C. Feb. 16, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*